IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| vs. | ) | No. 08-MC-9008-RED |
| | ) | |
| **MARC JENSEN,** | ) | |
| | ) | |
| **Respondents.** | ) | |

ORDER OF REFERENCE TO MAGISTRATE

Pursuant to 28 U.S.C. Section 636 (c), and Fed. R. Civ. P. 73, it is hereby ORDERED that:

(1) This case is referred to the Honorable James C. England, United States Magistrate Judge, for further proceedings, on petitioner's petition to enforce Internal Revenue Service Summons.

                    RICHARD E. DORR, DISTRICT JUDGE
                    UNITED STATES DISTRICT COURT

Date: July 16, 2008