# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 08-9008-MC-S-RED |
| ) | |
| MARC JENSEN, ) | |
| ) | |
| Respondent. ) | |

## MOTION TO DISMISS

The United States of America moves this Court, pursuant to Fed. R. Civ. P. 41(a)(2), to dismiss without prejudice its Petition to Enforce Internal Revenue Service Summons filed against the respondent, Marc Jensen. The Internal Revenue Service has advised the undersigned that the respondent has complied with the IRS summons that is the subject of this enforcement action.

Therefore, the United States requests the Court to dismiss this action without prejudice.

Respectfully submitted,

John F. Wood
United States Attorney

By */s/ Earl W. Brown III*

Earl W. Brown III
Assistant United States Attorney
Missouri Bar # 27073
901 St. Louis Street, Suite 500
Springfield, MO 65806-2511
Telephone: (417) 831-4406
Facsimile: (417) 831-4511
earl.brown@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 4th day of September 2008, a true and correct copy of the foregoing document was filed with the Court using the Court's CM/ECF system and was served upon each attorney of record via ECF notification and by United States Postal Service first class mail to each of the non-ECF recipients listed below.

Marc Jensen
25376 Republic Road
Waynesville, MO 65583

                              */s/ Earl W. Brown III*
                              _____
                              Earl W. Brown III
                              Assistant United States Attorney