# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| | ) Case No. 08-9008-MC-S-RED |
| v. | ) ) |
| MARC JENSEN, | ) ) |
| Respondent. | ) |

## ORDER

Before the Court is the United States of America's Motion to Dismiss (Doc. 3). In its motion, the United States indicates Respondent Marc Jensen has complied with the IRS summons that is the subject of the underlying enforcement action, and it therefore requests the Court dismiss the case without prejudice. The United States' motion is **GRANTED** (Doc. 3), and the case **DISMISSED**. Each side shall bear its own costs.

**IT IS SO ORDERED.**

DATE: September 29, 2008     */s/ Richard E. Dorr*
　　　　　　　　　　　　　　　RICHARD E. DORR, JUDGE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT